Robert L. LeHane (*pro hac vice* pending)
Kristin S. Elliott (*pro hac vice* pending)
Steven Yachik (*pro hac vice* pending)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile:  (212) 808-7897
Email: rlehane@kelleydrye.com
      kelliott@kelleydrye.com
      syachik@kelleydrye.com

John D.S. Gilmour (Texas Bar No. 24012700)
**KELLEY DRYE & WARREN LLP**
515 Post Oak Blvd. Suite 900
Houston, TX 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5007
Email: jgilmour@kelleydrye.com

*Counsel to Palm Springs Mile Associates, Ltd.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>CAREMAX, INC., *et al.*,[1]<br><br>                             Debtors. | Chapter 11<br><br>Case Number: 24-80093 (MVL)<br><br>(Joint Administration Requested) |

**MOTION OF PALM SPRINGS MILE ASSOCIATES, LTD.
TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4**

Palm Springs Mile Associates, Ltd. (the "Movant"), by and through its counsel, Kelley Drye & Warren LLP ("Kelley Drye"), hereby files this motion (the "Motion") requesting, *inter alia*, that this Court waive the Local Counsel Requirement prescribed by Rule 2090-4(a) of the Local Rules of Bankruptcy Court of the Northern District of Texas (the "Local Rules") to allow Kelley Drye to represent the Movant in the above-captioned chapter 11 cases (these "Cases"), and in support, states as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at: https://cases.stretto.com/CareMax. The Debtors' mailing address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

4885-2091-5452v.3

1. On November 17, 2024 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court, thereby commencing these Cases. Since the Petition Date, the Debtors have remained in possession of their assets and continue to operate and manage their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Rule 2090-4(a) of the Local Bankruptcy Rules for the Northern District of Texas (the "Local Rules") requires an attorney appearing in a case in the Northern District of Texas to retain local counsel if that attorney does not reside or maintain an office within 50 miles of the Northern District of Texas Federal District Court and Bankruptcy Court. However, Local Rule 2090-4(a) provides that counsel may seek leave of the court to proceed without local counsel. As Kelley Drye does not maintain an office within 50 miles of the Northern District of Texas Federal District Court and Bankruptcy Court, the Movant seeks leave to proceed without hiring local counsel in accordance with Local Rule 2090-4(a).

3. Kelley Drye is a firm with significant experience representing creditors in bankruptcies in the State of Texas. Kelley Drye maintains an office in Houston, Texas and has several attorneys admitted to the bar of the State of Texas. Kelley Drye is also familiar with the Local Rules, and has appeared in several cases before this Court, most recently as counsel to the Official Committee of Unsecured Creditors in *BUCA Texas Restaurants, L.P., et al.*, Case No. 24-80058 (SGJ). With these capabilities, the Movant believes that Kelley Drye is able to present and argue Movant's position(s) at hearings called by this Court on short notice as required by Local Rule 2090-4(b). Accordingly, the Movant submits that Kelley Drye's experience and qualifications lessen the requirements for local counsel.

4. In light of the foregoing, the Movant believes that good cause exists for a waiver of the local counsel requirement set forth in Local Rule 2090-4(a). If the Court does not

4885-2091-5452v.3

believe the requested waiver is warranted, the Movant will retain local counsel in accordance with Local Rule 2090-4(a).

5. A proposed order granting the requested relief is attached hereto as **Exhibit A**.

Dated: November 19, 2024         Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

*/s/ John D.S. Gilmour*
John D.S. Gilmour (Texas Bar No. 24012700)
515 Post Oak Blvd. Suite 900
Houston, TX 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5007
Email: jgilmour@kelleydrye.com

-and-

Robert L. LeHane (*pro hac vice* pending)
Kristin S. Elliott (*pro hac vice* pending)
Steven Yachik (*pro hac vice* pending)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: rlehane@kelleydrye.com
       kelliott@kelleydrye.com
       syachik@kelleydrye.com

*Counsel for Palm Springs Mile Associates, Ltd.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 19, 2024, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

      /s/ *John D.S. Gilmour*
      John D.S. Gilmour

4885-2091-5452v.3

# Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREMAX, INC., *et al.*,[1] | Case Number: 24-80093 (MVL) |
| Debtors. | (Joint Administration Requested) |

**ORDER GRANTING MOTION OF
PALM SPRINGS MILE ASSOCIATES, LTD. TO WAIVE
THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4**

UPON CONSIDERATION of the Motion of Palm Springs Mile Associates, Ltd. to Waive the Local Counsel Requirement of Local Rule 2090-4 (the "Motion"),[2] and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore ORDERED:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at: https://cases.stretto.com/CareMax. The Debtors' mailing address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

[2] Any capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

4857-7115-5964v.3

1. The Motion is GRANTED as provided herein.

2. The requirements of Local Rule 2090-4 are hereby waived and Kelley Drye & Warren LLP may represent Palm Springs Mile Associates, Ltd. in the above-captioned bankruptcy cases without retaining local counsel.

3. This Court, at any time, may require Kelley Drye & Warren LLP to comply with the requirement of Local Rule 2090-4.

## ##End of Order##

ORDER SUBMITTED BY:

Robert L. LeHane (*pro hac vice* pending)
Kristin S. Elliott (*pro hac vice* pending)
Steven Yachik (*pro hac vice* pending)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: rlehane@kelleydrye.com
      kelliott@kelleydrye.com
      syachik@kelleydrye.com

John D.S. Gilmour (Texas Bar No. 24012700)
**KELLEY DRYE & WARREN LLP**
515 Post Oak Blvd. Suite 900
Houston, TX 77027
Telephone: (713) 355-5000
Facsimile: (713) 355-5007
Email: jgilmour@kelleydrye.com

*Counsel to Palm Springs Mile Associates, Ltd.*