

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 21, 2024**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CAREMAX, INC., *et al.*,[1] | Case No. 24-80093 (MVL) |
| Debtors. | (Jointly Administered) Related to Docket. No. 16 |

## ORDER GRANTING
## COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

On November 17, 2024, debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). A *Notice of Designation as Complex Chapter 11 Cases* (see General Order No. 2023-01) was filed. After review of the initial pleadings filed in

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/CareMax. The Debtors' mailing address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

these cases, the Court concludes that these cases appear to be complex Chapter 11 cases. Accordingly, unless the Court orders otherwise,

**IT IS ORDERED:**

1.  The Procedures for Complex Cases in the Northern District of Texas (the "Complex Case Procedures") and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules") shall apply to and govern these chapter 11 cases. Compliance with the Complex Case Procedures is required for all hearings, notice, and objection procedures. The Complex Case Procedures can be found on the Court's website at: https://www.txnb.uscourts.gov/complex-case-procedures. If a conflict exists between the Local Rules and the Complex Case Procedures, the Complex Case Procedures shall govern.

2.  The Debtors (or their agent) shall give notice of this Order to all parties in interest within seven (7) days of entry of the Order. If any party in interest objects to the provisions of this Order, that party may file an appropriate motion articulating the objection and the relief requested within fourteen (14) days after service of the Order. After hearing the objection and any responses, the Court may reconsider any part of this Order and may grant relief, if appropriate.

3.  After the Second Day Hearing to be held on December 17, 2024, at 2:00 p.m., the Court sets the following dates and times for the next two months as the pre-set hearing date and time for hearing all motions and other matters in these cases:

> **January 28, 2025 at 9:30 a.m., prevailing Central Time; and**
> **February 18, 2025 at 2:00 p.m., prevailing Central Time.**

**# # # END OF ORDER # # #**

Order submitted by:

SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Juliana L. Hoffman (24106103)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:    (214) 981-3300
Facsimile:    (214) 981-3400
Email:        tom.califano@sidley.com
              jhoffman@sidley.com

SIDLEY AUSTIN LLP
Stephen Hessler (admitted *pro hac vice*)
Anthony R. Grossi (admitted *pro hac vice*)
Jason L. Hufendick (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email:        shessler@sidley.com
              agrossi@sidley.com
              jhufendick@sidley.com

*Proposed Attorneys to the Debtors
 and Debtors in Possession*