SIDLEY AUSTIN LLP
Thomas R. Califano (24122825)
Juliana L. Hoffman (24106103)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         tom.califano@sidley.com
               jhoffman@sidley.com

SIDLEY AUSTIN LLP
Stephen Hessler (admitted *pro hac vice*)
Anthony R. Grossi (admitted *pro hac vice*)
Jason L. Hufendick (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         shessler@sidley.com
               agrossi@sidley.com
               jhufendick@sidley.com

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREMAX, INC., *et al.*[1] | Case No. 24-80093 (MVL) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF AMENDED**
**SCHEDULES OF ASSETS AND LIABILITIES OF SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**PLEASE TAKE NOTICE** that, on November 17, 2024 (the "Petition Date"), CareMax, Inc. and its affiliated debtors in the above-captioned chapter 11 cases (each a "Debtor"

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/CareMax. The Debtors' mailing address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

and, collectively, the "Debtors") commenced voluntary cases (the "Chapter 11 Cases") under chapter 11 of title 11, United States Code, §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 27, 2024, the Debtors filed their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, and Rule 1009-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Debtors hereby amend the foregoing Schedules and Statements as set forth herein

**PLEASE TAKE FURTHER NOTICE** that, on December 31, 2024, the Debtors filed amended Schedules of Assets and Liabilities for Care Alliance, L.L.C., 24-80138, Care Optical, L.L.C., 24-80143, CareMax Holdings, L.L.C., 24-80137, CareMed Pharmacy, L.L.C., 24-80107, Clear Scripts, L.L.C., 24-80118, and Managed Healthcare Partners, L.L.C., 24-80112 (the "Amended Schedules"), which amended Part 8 of Schedule A/B pursuant to Bankruptcy Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that, on December 31, 2024, the Debtors filed amended Statements of Financial Affairs for CareMax, Inc., 24-80093, CareMax National Care Network, L.L.C., 24-80135, Interamerican Medical Center Group, L.L.C., 24-80117, CareMed Pharmacy, L.L.C., 24-80107, and Managed Healthcare Partners, L.L.C., 24-80112 (the "Amended Statements"), which amended Statement Question 3 pursuant to Bankruptcy Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that, the Amended Schedules remain subject to the *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* filed with each of the Schedules and Statements.

**PLEASE TAKE FURTHER NOTICE** that, on December 18, 2024, the Court entered the *Order (I) Setting Bar Dates for Filing Proofs of Claim, (II) Approving the Form and Manner for Filing Proofs of Claim, (III) Approving the Notice of Bar Dates, and (IV) Granting Related Relief* [Docket No. 244] (the "Bar Date Order") fixing deadlines and procedures for filing proofs of claim against the Debtors' estates, and the Bar Date Order is at https://cases.stretto.com/CareMax.

**PLEASE TAKE FURTHER NOTICE** that, the Bar Date Order establishes January 21, 2025 at 11:59 p.m. (prevailing Central Time) as the deadline for each person or entity that asserts a claim against the Debtors to file a proof of claim (the "General Bar Date") and May 16, 2025 at 11:59 p.m. (prevailing Central Time) as the deadline for governmental units to file a proof of claim (the "Governmental Bar Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bar Date Order, claimants must file a proof of claim with respect to such claims so that they are actually received on or before

the later of: (a) the General Bar Date or the Governmental Bar Date, as applicable to such claims; and (b) 11:59 p.m. prevailing Central Time on the date that is twenty-one (21) days from the date on which the Debtors provide notice of the amendment or supplement to the Schedules, as the deadline by which claimants holding such claims must file proofs of claim with respect to such claims so that such proofs of claim are actually received by the Debtors' notice and claims agent, Stretto, Inc. ("Stretto") (such date, as applicable, an "Amended Schedules Bar Date"), or alternatively, may amend any existing proof of claim with respect to such claims.

**PLEASE TAKE FURTHER NOTICE** that, proof of claim forms may be obtained at the following website: https://cases.stretto.com/CareMax. All proof of claim forms must be signed by the claimant. The proof of claim form must be written in English and be asserted and denominated in United States currency. A completed proof of claim form must attach any documents on which the claim is based or an explanation as to why the documents are not available. A proof of claim form must not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials), or a financial account number (only the last four digits of such financial account). Completed proof of claim forms must be submitted to the Debtors' claims agent, Stretto, by the Amended Schedules Bar Date at the following address, if such forms are submitted by overnight courier, first class mail or hand delivery: CareMax, Inc. Claims Processing c/o Stretto, 410 Exchange, Suite 100 Irvine, CA 92602. Proof of claim forms may also be submitted electronically using the interface available at https://cases.stretto.com/CareMax.

**PLEASE TAKE FURTHER NOTICE** that, proofs of claim will be deemed filed only when submitted and actually received by Stretto or the Clerk of Court in accordance with the foregoing procedures on or before the Amended Schedules Bar Date. Proofs of claim may not be submitted by facsimile or electronic mail; proofs of claim may be submitted electronically or by hand delivery, but only as provided for herein. Hand delivery of a proof of claim not done in strict compliance with these procedures will not be accepted and the proof of claim will not be deemed filed until it is submitted by one of the methods described above.

**PLEASE TAKE FURTHER NOTICE** that, any potential claimant listed on the Amended Schedules or Amended Statements who fails to file a proof of claim before the Amended Schedules Bar Date according to the procedures set forth above and in the Bar Date Order will be bound by the classification and amount of their Claim as set forth in the Amended Schedules or Amended Statements, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Bar Date Order, the Amended Schedules, the Amended Statements, and the Debtors' Proof of Claim Form are available free of charge on the Debtors' case information website (located at https://cases.stretto.com/CareMax). The Amended Schedules and Amended Statements and other filings in the Debtors' chapter 11 cases are also available for a fee at the Court's website at https://www.txnb.uscourts.gov/. Copies of the Debtors' Schedules may also be obtained by written request to Stretto at the address listed above.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve the right to:

(a) dispute, or to assert offsets or defenses against, any Claim listed or reflected in the Amended Schedules and Amended Statements as to nature, amount, liability, priority, classification, or otherwise;

(b) subsequently designate any Claim as disputed, contingent, or unliquidated; and

(c) otherwise amend or supplement the Amended Schedules and Amended Statements and/or the original Schedules and Statements.

**PLEASE TAKE FURTHER NOTICE** that nothing contained in this notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed on any grounds.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: December 31, 2024<br>Dallas, Texas | */s/ Thomas R. Califano*<br>SIDLEY AUSTIN LLP<br>Thomas R. Califano (24122825)<br>Juliana L. Hoffman (24106103)<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3300<br>Facsimile: (214) 981-3400<br>Email: tom.califano@sidley.com<br>jhoffman@sidley.com<br><br>SIDLEY AUSTIN LLP<br>Stephen Hessler (admitted *pro hac vice*)<br>Anthony R. Grossi (admitted *pro hac vice*)<br>Jason L. Hufendick (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: shessler@sidley.com<br>agrossi@sidley.com<br>jhufendick@sidley.com<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession* |