# **Exhibit A**

*Tabulation Summary*

### Class 2 – First Lien Debt Claims

|  | Count | % |
|---|---|---|
| Accept: | 37 | 100% |
| Reject: | 0 | 0% |
| Tabulated Ballot Totals: | 37 | |

|  | Dollars | % |
|---|---|---|
| Accept: | $117,795,952.08 | 100% |
| Reject: | $0.00 | 0% |
| Tabulated Ballot Totals: | $117,795,952.08 | |

### Class 3 – General Unsecured Claims - Consolidated

|  | Count | % |
|---|---|---|
| Accept: | 17 | 30.36% |
| Reject: | 39 | 69.64% |
| Tabulated Ballot Totals: | 56 | |

|  | Dollars | % |
|---|---|---|
| Accept: | $79,206,854.63 | 73.87% |
| Reject: | $28,012,653.30 | 26.13% |
| Tabulated Ballot Totals: | $107,219,507.93 | |

### Class 3 – General Unsecured Claims - Unconsolidated

| Debtor | Total Accepted | Total Rejected | % Accepted | % Rejected | Total Dollar Voted | Total Dollar Accepted | Total Dollar Rejected | % Dollar Accepted | % Dollar Rejected |
|---|---|---|---|---|---|---|---|---|---|
| ANALITICO, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| CARE ALLIANCE, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| CARE GARAGE, LLC | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| CARE HOLDINGS GROUP, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |

| Debtor | Total Accepted | Total Rejected | % Accepted | % Rejected | Total Dollar Voted | Total Dollar Accepted | Total Dollar Rejected | % Dollar Accepted | % Dollar Rejected |
|---|---|---|---|---|---|---|---|---|---|
| **CARE OPTICAL, LLC** | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| **CARE OPTIMIZE L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX ACCOUNTABLE CARE NETWORK, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX HEALTH PARTNERS, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX HOLDINGS, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX IPA, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MANAGEMENT L.L.C.** | 7 | 1 | 87.50% | 12.50% | $75,847,039.70 | $75,847,038.70 | $1.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF BROWARD, L.L.C.** | 7 | 1 | 87.50% | 12.50% | $76,319,349.95 | $75,847,038.70 | $472,311.25 | 99.38% | 0.62% |
| **CAREMAX MEDICAL CENTER OF CORAL WAY, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF EAST HIALEAH L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF HIALEAH, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF HOMESTEAD, L.L.C.** | 7 | 1 | 87.50% | 12.50% | $76,097,038.70 | $75,847,038.70 | $250,000.00 | 99.67% | 0.33% |
| **CAREMAX MEDICAL CENTER OF LITTLE HAVANA II, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF LITTLE HAVANA, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF NORTH MIAMI, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF PEMBROKE PINES, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF TAMARAC, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER OF WESTCHESTER, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| **CAREMAX MEDICAL CENTER, L.L.C.** | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |

| Debtor | Total Accepted | Total Rejected | % Accepted | % Rejected | Total Dollar Voted | Total Dollar Accepted | Total Dollar Rejected | % Dollar Accepted | % Dollar Rejected |
|---|---|---|---|---|---|---|---|---|---|
| CAREMAX MEDICAL CENTERS OF CENTRAL FLORIDA, L.L.C. | 7 | 1 | 87.50% | 12.50% | $75,847,072.99 | $75,847,038.70 | $34.29 | 99.99% | 0.01% |
| CAREMAX MEDICAL CENTERS OF LOUISIANA, L.L.C. | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| CAREMAX MEDICAL GROUP, L.L.C. | 12 | 12 | 50.00% | 50.00% | $80,019,726.70 | $75,885,484.41 | $4,134,242.29 | 94.83% | 5.17% |
| CAREMAX NATIONAL CARE NETWORK L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| CAREMAX OF MIAMI, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| CAREMAX, INC. | 9 | 8 | 52.94% | 47.06% | $80,085,425.74 | $79,058,588.15 | $1,026,837.59 | 98.72% | 1.28% |
| CAREMED PHARMACY, L.L.C. | 7 | 1 | 87.50% | 12.50% | $75,861,584.59 | $75,847,038.70 | $14,545.89 | 99.98% | 0.02% |
| CLEAR SCRIPTS, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| HEALTHCARE ADVISORY SOLUTIONS, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| IMC MEDICAL GROUP HOLDINGS, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| IMC TRANSPORT FLEET, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| INTERAMERICAN MEDICAL CENTER GROUP, L.L.C. | 7 | 1 | 87.50% | 12.50% | $77,597,328.99 | $75,847,038.70 | $1,750,290.29 | 97.74% | 2.26% |
| JESUS MONTESANO MD, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| JOSE ORCASITA-NG, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| MANAGED HEALTHCARE PARTNERS, L.L.C. | 10 | 7 | 58.82% | 41.18% | $96,145,525.78 | $75,956,859.47 | $20,188,666.31 | 79.00% | 21.00% |
| MEDICAL CARE OF NY, P.C. | 0 | 2 | 0.00% | 100.00% | $174,709.70 | $0.00 | $174,709.70 | 0.00% | 100.00% |
| MEDICAL CARE OF TENNESSEE, PLLC | 0 | 1 | 0.00% | 100.00% | $228.45 | $0.00 | $228.45 | 0.00% | 100.00% |
| MEDICAL CARE OF TEXAS, PLLC | 0 | 1 | 0.00% | 100.00% | $1.00 | $0.00 | $1.00 | 0.00% | 100.00% |
| PHYSICIAN SERVICE ORGANIZATION, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |

| Debtor | Total Accepted | Total Rejected | % Accepted | % Rejected | Total Dollar Voted | Total Dollar Accepted | Total Dollar Rejected | % Dollar Accepted | % Dollar Rejected |
|---|---|---|---|---|---|---|---|---|---|
| PINES CARE MEDICAL CENTER, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| PRIMARY PROVIDER INC. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| RX MARINE CORP | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| SAPPHIRE HOLDINGS, L.L.C. | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% |
| SENIOR MEDICAL ASSOCIATES, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| SPARTA MERGER SUB I L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| SPARTA MERGER SUB II, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| SPARTA MERGER SUB III, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| SPARTA TEXAS ACO, INC. | 7 | 1 | 87.50% | 12.50% | $75,847,039.70 | $75,847,038.70 | $1.00 | 100.00% | 0.00% |
| STALLION MEDICAL MANAGEMENT, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |
| SUNSET CARDIOLOGY, L.L.C. | 7 | 1 | 87.50% | 12.50% | $75,847,822.94 | $75,847,038.70 | $784.24 | 99.99% | 0.01% |
| SUNSET HOLDING, L.L.C. | 7 | 0 | 100.00% | 0.00% | $75,847,038.70 | $75,847,038.70 | $0.00 | 100.00% | 0.00% |