**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREMAX, INC., *et al.,*[1] | Case No.: 24-80093 (MVL) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER EXTENDING
DEADLINE FOR ADP INC. TO FILE ADMINISTRATIVE EXPENSE CLAIM**

ADP Inc. ("ADP") and Advisory Trust Group, LLC, as Plan Administrator (the "Plan

Administrator" and together with ADP, the "Parties"), appointed in the above-referenced chapter

11 cases of the above-named debtors (the "Debtors") pursuant to the Debtors' confirmed Plan and

the Confirmation Order (each as defined below), by and through their undersigned counsel, hereby

enter into this stipulation (the "Stipulation") and stipulate and agree as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/CareMax. The Debtors' mailing address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

## RECITALS

**WHEREAS**, on November 17, 2024, the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code [Docket No. 1].

**WHEREAS**, on January 14, 2025, ADP filed a proof of claim [Claim No. 77] against the Debtors.  ADP subsequently filed an amended proof of claim [Claim No. 260] on January 22, 2025.

**WHEREAS**, on January 31, 2025, the Debtors filed the *Third Amended Joint Chapter 11 Plan of CareMax, Inc. and Its Debtor Affiliates* [Docket No. 586] (the "Plan").[2]

**WHEREAS**, on January 31, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Debtors' Disclosure Statement on a Final Basis; and (II) Confirming the Third Amended Joint Chapter 11 Plan of CareMax, Inc. and its Debtor Affiliates* [Docket No. 587] (the "Confirmation Order"), confirming the Plan.

**WHEREAS**, the Plan provides that the Administrative Claims Bar Date shall be thirty (30) days after the Effective Date.

**WHEREAS**, On February 3, 2025, the Effective Date of the Plan occurred.  *See* Docket No. 596.

**NOW, THEREFORE,** it is stipulated and agreed to by the Parties, and upon approval by the Court of this Stipulation, it is so Ordered as follows**:**

1.      Without prejudice to any further extensions, the deadline for ADP to file for allowance and payment of any Administrative Claims is hereby extended through and including April 4, 2025.  The extension of the Administrative Claims Bar Date effectuated pursuant to this Stipulation is without prejudice to the right of the Plan Administrator to object to any request for

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

allowance and payment of any Administrative Claims filed by ADP on any grounds other than the timeliness of the filing of such Administrative Claims.

2.      This Stipulation may not be modified other than by a writing executed by the Parties or by Order of this Court.

3.      This Stipulation shall be effective immediate upon execution of the Parties.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the construction, performance, enforcement or implementation of the terms of the Stipulation.

5.      This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  An electronic signature, or a signature transmitted by facsimile or electronic means, shall be deemed an original signature for purposes of this Stipulation.

**# # # END OF ORDER # # #**

**AGREED AND APPROVED FOR ENTRY:**

Dated: March 4, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**          **MORGAN, LEWIS & BOCKIUS LLP**

*/s/Judith Elkin*                                        */s/David Monteiro*
      Judith Elkin                                          David Monteiro

Michael D. Warner, Esq. (TX Bar No. 00792304)      Texas Bar No. 24079020
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)     1717 Main Street, Suite 3200
700 Louisiana Street, Suite 4500                   Dallas, Texas 75201
Houston, TX 77002                                  Telephone: (214) 466-4000
Telephone: (713) 691-9385                          Facsimile: (214) 466-4001
Facsimile: (713) 691-9407                          Email:  david.monteiro@morganlewis.com
Email:  mwarner@pszjlaw.com
      bwallen@pszjlaw.com

      - and –                                    *Counsel for ADP Inc.*

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Judith Elkin (TX Bar No. 06522200)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email:  rfeinstein@pszjlaw.com
      jelkin@pszjlaw.com

      -and-

Andrew H. Sherman, Esq. (admitted *pro hac vice*)
Boris I. Mankovetskiy, Esq. (admitted *pro hac vice*)
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email:  asherman@sillscummis.com
      bmankovetskiy@sillscummis.com

*Counsel to Advisory Trust Group, LLC as Plan
Administrator*