Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile: (713) 691-9407
Email:   mwarner@pszjlaw.com
             bwallen@pszjlaw.com

Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Judith Elkin (TX Bar No. 06522200)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   bsandler@pszjlaw.com
             rfeinstein@pszjlaw.com
             jelkin@pszjlaw.com

Andrew H. Sherman, Esq. (admitted *pro hac vice*)
Boris I. Mankovetskiy, Esq. (admitted *pro hac vice*)
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Email:   asherman@sillscummis.com
             bmankovetskiy@sillscummis.com

*Counsel to Advisory Trust Group, LLC as Plan Administrator*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>CAREMAX, INC., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-80093 (MVL)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON PLAN ADMINISTRATOR'S MOTION FOR ORDER(I) ENTERING FINAL DECREE AND CLOSING CERTAIN CHAPTER 11 CASES; (II) MODIFYING CASE CAPTION  AND DIRECTING ADMINISTRATION IN THE REMAINING CASE; (III) MODIFYING R. 2002 SERVICE LIST; AND (IV) GRANTING RELATED RELIEF SET FOR MARCH 27, 2025**

(Related Docket No. 644)

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/CareMax. The Debtor's service address is 1000 NW 57 Court, Suite 400, Miami, Florida 33126.

4898-3626-1423.1 12853.00003

**PLEASE TAKE NOTICE** that a hearing has been scheduled for March 27, 2025 at 10:00 a.m. (prevailing Central Time) before the Honorable Michelle V. Larson to consider the *Plan Administrator's Motion For Order (I) Entering Final Decree And Closing Certain Chapter 11 Cases; (II) Modifying Case Caption And Directing Administration In The Remaining Case; (III) Modifying R. 2002 Service List; And (IV) Granting Related Relief* [Docket No. 644].

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you must respond in writing. Unless otherwise directed by the Court, you must file your response electronically at https://ecf.txnb.uscourts.gov by the date set forth in the pleading. If you do not have electronic filing privileges, you must file a written objection that is actually received by the clerk and filed on the docket by such date. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that, parties who wish to appear and participate in the Hearing by videoconference may do so via WebEx at the following link:

**LINK: https://us-courts.webex.com/meet/Larson**

**PLEASE TAKE FURTHER NOTICE** that, the WebEx hearing Instructions may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judgesinfo/hearing-dates/judge-larson-hearing-dates. Parties should review the Webex instructions prior to the hearing.

- **Dial-In: 1.650.479.3207**
- **Access Code: 2301 476 1957**

**PLEASE TAKE FURTHER NOTICE** that, hearing appearances must be made electronically in advance of electronic hearings.  To make your appearance, click the "Electronic Appearance" link on Judge Larson's homepage: https://www.txnb.uscourts.gov/content/judgemichelle-v-larson-0.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that, copies of the foregoing pleadings may be obtained (i) at the website established by the Debtors' noticing agent, Stretto, Inc., at https://cases.stretto.com/CareMax, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: March 26, 2025

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**
/s/  Judith Elkin
Michael D. Warner, Esq. (TX Bar No. 00792304)
Benjamin L. Wallen, Esq. (TX Bar No. 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com
          bwallen@pszjlaw.com

- and -

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Judith Elkin (TX Bar No. 06522200)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email: rfeinstein@pszjlaw.com
          jelkin@pszjlaw.com

-and-

        Andrew H. Sherman, Esq. (admitted *pro hac vice*)
        Boris I. Mankovetskiy, Esq. (admitted *pro hac vice*)
        **SILLS CUMMIS & GROSS P.C.**
        The Legal Center
        One Riverfront Plaza
        Newark, NJ 07102
        Telephone: (973) 643-7000
        Facsimile: (973) 643-6500
        Email: asherman@sillscummis.com
               bmankovetskiy@sillscummis.com

        *Counsel to Advisory Trust Group, LLC as Plan Administrator*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2025, a true and correct copy of the above and foregoing was caused to be served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

        */s/ Judith Elkin*
        Judith Elkin