IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

FILED

JUN - 4 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In re:

CAREMAX, INC., et al

Debtors

Chapter 11

Case No.: 24-80093 (MVL)

(Jointly Administered)

## MOTION FOR REHEARING ON THE FRAUDULENT LEGAL PLEADING IDENTIFIED AS "PLAN ADMINISTRATOR'S OBJECTION TO

## PROOF OF CLAIM NO. 71 – (NO LIABILITY/IMPROPER CLASSIFICATION)"

Comes Now, the Claimant, No: 71 – Jo Ann Rainbow Heart Johnson, and moves this Honorable Court for a Rehearing on the Fraudulent Legal Pleadings Identified as "Plan Administrator's Objection to Proof of Claim No.: 71 (no liability/improper classification)", and states as follows:

1. Claimant No.: 71 – Jo Ann Rainbow Heart Johnson, Filed a Valid Legal Priority Claim for One Million Dollars ($1,000,000) with regard to this case, and the "Plan Administrator" filed a Legal Pleading claiming that the Claim No.: 71 – does not involve Caremax/Wuesthoff/Rockledge/Stewart/Orlando Hospital <u>when that is exactly what this case is about.</u>

2. Plan Administrator is claiming that the claim was identified against "Steward" Hospital instead of "Stewart" Hospital when that is in legal law, identified as a simple Clerical Error.

3. Claimant No.; 71 – Jo Ann Rainbow Heart Johnson has supplied to the Court with the Notice of Filing Proof of Claim the One Hundred Pages (100 pages) of Medical Records from

pg. 1

Caremax/Wuesthoff/Rockledge/Stewart/Orlando Hospital that were received approximately May 2, 2025 in anticipation of the May 8, 2025 hearing.

Wherefore, Claimant No.: 71 – Jo Ann Rainbow Heart Johnson, Respectfully moves this Honorable Court for a Rehearing on the "Plan Administrator's Objection to Proof of Claim No.: 71 – (no liability/improper classification) in accordance with the Court's Honorable Schedule as provided to claimant No.: 71.

Respectfully submitted,

*/s/ Jo Ann Rainbow Heart Johnson*

Jo Ann Rainbow Heart Johnson
1627 Ridge Drive
Cocoa, Florida 32926

321-757-3174
321-527-1327