May 12, 2025

Honorable Judge Michelle V. Larson

Earle Cabbel Fed. Bldg.

U.S. Bankruptcy Court

Attn: Honorable Judge Larson

1100 Commerce Street

Room 1264

Dallas, Texas 75242-1496

FILED

JUN - 4 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

Re: CAREMAX, Inc.

    Case No.: 24-80093 (MVL)

    Claimant No: 71 – Jo Ann Rainbow Heart Johnson

Dear Honorable Judge Michelle Larson:

Enclosed please find a <u>Notice of Filing of Proof of Claim of Medical Records (One Hundred - 100 pages) for Claimant No.: 71 - Jo Ann Rainbow Heart Johnson</u> that were requested from Caremax/Wuesthoff/Rocklege/Stewart/Orlando Hospital on April 17, 2025, and were shipped on April 30, 2025, and received approximately May 2, 2025, in anticipation of the May 8, 2025, 1:30 p.m. hearing on Plan Administrator's Objection to Proof of Claim No. 71 (no liability/improper classification) hearing.

Also enclosed please a <u>Motion for Rehearing on Plan Administrator's Objection to Proof of Claim No. 71.</u>

I kindly bring to this Honorable Court's attention the <u>FRAUDULENT LEGAL PLEADING</u>, identified as "Plan Administrator's Objection to Proof of Claim No. 71 (no liability/improper classification)" as that FRAUDULENT LEGAL PLEADING claims that this CAREMAX, INC., Bankruptcy Case, does not involve, Caremax/Wuesthoff/Rocklege/Stewart/Orlando Hospital; <u>when that is exactly what this case Is about.</u>

Page | 1

The FRAUDULENT LEGAL PLEADING, identified as "Plan Administrator's Objection to Proof of Claim No. 71 (no liability/improper classification)" claims that the Claim No. 71 does not "classify" as the claimant, filed as "Steward Hospital" instead of "Stewart Hospital" which under Legal Laws is classified as a "simple clerical error;" and does not warrant a dismissal of the very valid and substantial One Million Dollar ($1,000,000) Priority Claim 71 - of Jo Ann Rainbow Heart Johnson.

The priority claimant 71 – Jo Ann Rainbow Heart Johnson, already identified at a prior hearing before this Honorable Court that the Priority Claimant, Jo Ann Rainbow Heart Johnson, was Illegally Baker Acted, and identified that Caremax/Wuesthoff/Rocklege/Stewart/Orlando Hospital Violated Federal and State HIPPA Laws, and that the priority claimant 71, Jo Ann Rainbow Heart Johnson, turned Caremax/Wuesthoff/Rocklege/Stewart/Orlando Hospital over to the State of Florida Department of Health for said violations.

I am sending a return envelope so I may get a date stamped copy of the legal pleadings that I am filing returned to me. And that I may request a Hearing Date from the Court for the Motion for Rehearing on Priority Claimant No.: 71, the One Million Dollar Claim ($1,000,000) of Jo Ann Rainbow Heart Johnson.

Claimant 71 – Jo Ann Rainbow Heart Johnson Respectfully requests a new hearing on the Objection to Claim No. 71 of Jo Ann Rainbow Heart Johnson, as the MOTION filed was a FRAUDLENT LEGAL PLEADING.

Respectfully submitted,

*Jo Ann Rainbow Heart Johnson* (signature)

Jo Ann Rainbow Heart Johnson

1627 Ridge Drive

Cocoa, Florida 32927

321 527 1327

321 757 3174

Enclosures as stated