# **EXHIBIT B**

# **Proposed Order**

4916-5047-5642.6 12853.00003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>CAREMAX, INC.,[3]<br><br>        Post-Effective Date Debtor. | Chapter 11<br>Case No. 24-80093 (MVL)<br><br>**Related Docket No. \_\_\_** |

**ORDER SUSTAINING THE PLAN ADMINISTRATOR'S NINTH OMNIBUS
OBJECTION TO CLAIMS PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY
CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
SEEKING TO DISALLOW CERTAIN CLAIMS
(ASSUMED AND ASSIGNED EXECUTORY CONTRACT AND LEASE CLAIMS)**

Upon the *Plan Administrator's Ninth Omnibus Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure Seeking to Disallow Certain Claims (Assumed and Assigned Executory Contract and Lease*

---

[3] The Post-Effective Date Debtor in this Chapter 11 Case is CareMax, Inc. The Post-Effective Date Debtor's mailing address is: Caremax Plan Administrator, c/o Giuliano Miller & Co. LLC, 2301 E Evesham Road, 800 Pavilion Suite 210, Voorhees Township, NJ 08043.

4916-5047-5642.6 12853.00003

*Claims)* (the "Objection"),[4] filed by the Plan Administrator seeking entry of an order (this "Order") disallowing each claim and scheduled claim identified on **Schedule 1** attached hereto (collectively, the "Assumed Claims") for the reasons set forth in the Objection; and upon the *Declaration of Michael Infanti* attached to the Objection as **Exhibit A**; pursuant to sections 105(a), 365, 502, 503, and 507 of Title 11 of the United States Code (the "Bankruptcy Code"); Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 3007-1 and 3007-2 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Northern District of Texas; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection and any responses filed thereto; and this Court having found and determined that the relief sought in the Objection is supported by applicable law and is in the best interests of the Debtors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

      **IT IS HEREBY ORDERED THAT**:

      1.     Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Assumed Claim identified on **Schedule 1** to this Order is disallowed in its entirety for the

---

[4] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

reasons set forth in the "Reason for Objection" column of **Schedule 1**. To the extent an Assumed Claim was a Scheduled Claim, the Claimant will not be entitled to any recovery thereon.

2. Each Assumed Claim, and the Objection thereto, constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.

3. This Order will be deemed a separate order with respect to each Assumed Claim.

4. The Plan Administrator is authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. This Court retains exclusive jurisdiction and power to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### ###END OF ORDER###

Submitted by:

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Judith Elkin (TX Bar No. 06522200)
Shirley S. Cho (admitted *pro hac vice*)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
           jelkin@pszjlaw.com
           scho@pszjlaw.com

*Counsel to Advisory Trust Group, LLC as Plan Administrator*

4916-5047-5642.6 12853.00003

## SCHEDULE 1

### Assumed Claims

**Copies of all proofs of claim identified herein may be obtained
from counsel for the Plan Administrator**

|   | Claimant | Debtor | POC/ Scheduled Date | POC No./ Scheduled Claim ID | Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|
| 1 | CITY OF PEMBROKE PINES 301 NW 103 Ave Pembroke Pines, FL 33026 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662619 | $440.00 | Master Lease Agreement dated 7/1/2017 and Master Lease Agreement dated 11/4/2013 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 2 | CPA BY CHOICE 5803 NW 151st Street, Suite 201 Miami Lakes, FL 33014 | CareMed Pharmacy, L.L.C. | 11/27/24 | 2662704 | $192.22 | Renewal Order dated 6/30/2021 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 3 | FLEITES FAMILY 5580 East Grant Street Orlando, FL 32822 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662365 | $17,301.13 | Master Lease Agreement dated 9/1/2021 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 4 | FLEITES FAMILY LLC SERIES 8 PO Box 622648 Orlando, FL 32862 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662549 | $4,663.79 | Master Lease Agreement dated 9/1/2021 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 5 | FLEITES FAMILY LLC SERIES 6 PO Box 622648 Orlando, FL 32862 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662511 | $8,479.82 | Master Lease Agreement dated 9/1/2021 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |

|   | Claimant | Debtor | POC/ Scheduled Date | POC No./ Scheduled Claim ID | Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|
| 6 | FOOT AND ANKLE NETWORK, INC. 2290 10th Avenue North Lake Worth, FL 33461 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662470 | $29,500.00 | Professional Services Agreement dated 9/1/2018 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 7 | GASTRO HEALTH, LLC 9500 S. Dadeland Blvd, Suite 200 Miami, FL 33156 Attn: Louis San Miguel | CareMax Medical Group, L.L.C. | 11/27/24 | 2662496 | $40,000.00 | Professional Services Agreement dated 7/1/2018 and Provider Agreement dated 5/1/2017 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 2<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 8 | IDEAL DENTAL, INC 8603 S Dixie Hwy Miami, FL 33143 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662500 | $159,011.31 | Capitation/Flat Fee Agreement dated 7/1/2022, Capitation/Flat Fee Agreement dated 2/1/2019, First Amendment to Capitation/Flat Fee Agreement dated 3/29/2024, and Shared Space Agreement dated 10/10/2023was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 9 | INTERSIGN INTERPRETING LLC 4785 SW 62nd Ave Apt 201 Davie, FL 33314 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662610 | $130.00 | Business Associate Agreement dated 6/21/2019 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |

|    | Claimant | Debtor | POC/ Scheduled Date | POC No./ Scheduled Claim ID | Claim Amount | Reason for Objection |
|----|----------|--------|---------------------|-----------------------------|--------------|----------------------|
| 10 | LIBERTY SOFTWARE INC. 3205 E Southlake Blvd Southlake, TX 76092 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662572 | $4,403.35 | Proposal for CareMax Pharmacy Group was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 11 | NEXTGEN HEALTHCARE INC. 18111 Von Karman St., Ste. 800 Irvine, CA 92612 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662455 | $196,619.61 | Master Agreement Addendum #2 Group was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 12 | PALM SPRINGS OFFICE, LLC Attn: Glenn L. Widom, P.A. 696 Northeast 125th Street North Miami, FL 33161 | CareMax Medical Center of Hialeah, L.L.C. | 1/20/25 | 192 | $309.00 | Master Lease Agreement dated 5/1/2013 Group was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Claim is deemed paid/satisfied pursuant to the Plan. |
| 13 | QUALITY MANAGED HEALTH CARE INC 7205 Corporate Center Dr #404 Miami, FL 33126 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662391 | $19,057.50 | Professional Services Agreement dated 4/20/2020 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 3<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |
| 14 | SIMPLIFIED IMAGING SOLUTIONS, LLC 4301 South Flamingo Road Davie, FL 33330 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662522 | $6,163.00 | Services Agreement was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 4<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |

4

| | Claimant | Debtor | POC/ Scheduled Date | POC No./ Scheduled Claim ID | Claim Amount | Reason for Objection |
|---|---|---|---|---|---|---|
| 15 | VOYCE INC 1301 International Parkway Sunrise, FL 33323 | CareMax Medical Group, L.L.C. | 11/27/24 | 2662543 | $483.90 | Pilot + Standard Voyce Services Agreement dated 7/14/2022 was assumed per Docket No. 865; Final Schedule of Core Centers Assumed Executory Contract and Unexpired Leases Ex. A, pg. 4<br><br>Scheduled claim is deemed paid/satisfied pursuant to Plan. |